IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CR-63-H

UNITED STATES OF AMERICA,          )
                                   )
        v.                         )
                                   )          **ORDER**
ELLIS KING,                        )
        Defendant.                 )

This matter is before the court on its own motion following review of the docket sheet and noticing its entry of an order of forfeiture yesterday, December 20, 2016, [D.E. #37], without having seen the government's notice of withdrawal of the underlying motion, [D.E. #35], filed shortly before entry of the order. For good cause in light of the government's notice of withdrawal of motion, the court hereby VACATES the order of forfeiture entered December 20, 2016, [D.E. #37], in the above-captioned matter. The order of forfeiture, [D.E. #37], entered December 20, 2016, is therefore STRICKEN.

This __21st__ day of December, 2016.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#34